1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL PARRISH,  )<br><br>Claimant-Appellant,  )<br><br>v.  )<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER )<br>OF THE SOCIAL SECURITY ADMINISTRATION,  )<br><br>Defendant-Appellee.  ) | No. ED CV 16-00032-VBF-JC<br><br>**JUDGMENT** |

Pursuant to this Court's contemporaneously issued Order Overruling the Commissioner's Objections, Adopting the Report and Recommendation, Reversing in Part the Commissioner's Denial of Disability Benefits, Remanding to the Agency for Further Proceedings Consistent with the R&R, Directing the Entry of Separate Final Judgment, and Terminating and Closing the Case, **the Commissioner's denial of Michael Parrish's application for Social Security disability benefits is hereby reversed in part, and the case is remanded to the Social Security Administration for further proceedings consistent with the Magistrate Judge's R&R and with this Court's Order Overruling Objection and Adopting the R&R.**

Dated:  Thursday, March 16, 2017

_Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE